IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KAREN MEREDITH                                                                                      PLAINTIFF

v.                                          NO. 3:11CV00083 HDY

MICHAEL J. ASTRUE,                                                                              DEFENDANT
Commissioner of the Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for plaintiff Karen Meredith. The final decision of the Commissioner of the Social Security Administration is reversed, and this proceeding is remanded pursuant to "sentence four."

IT IS SO ORDERED this ___7___ day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE